# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 26, 2024

Lyle W. Cayce
Clerk

No. 24-50276
Summary Calendar

———————

United States of America,

*Plaintiff—Appellee*,

*versus*

Francisco Gonzalez Sanchez,

*Defendant—Appellant*.

———————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:19-CR-1927-1

———————

Before Jolly, Graves, and Oldham, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Francisco Gonzalez Sanchez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gonzalez Sanchez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

———————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50276

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.